ACCEPTED
15-25-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 3:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00010-CV

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 3:16:35 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

_____

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
*Appellant,*

v.

SHANRESSA CRADDOCK
*Appellee.*

_____

On Appeal from the 250th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-22-007315

_____

**STATUS REPORT ON REQUEST FOR TRIAL COURT RECORD**

_____

To the Honorable Fifteenth Court of Appeals:

Pursuant to a February 10, 2025 letter from the Clerk for the Fifteenth Court of Appeals requesting Appellant, Texas Health and Human Services Commission, to provide this Court with documentation that the trial court record has been requested, Appellant files this status report to show Appellant has requested both the reporter's record and recorder's record from the trial court.

In letters filed with the trial court and emailed to the trial court reporter and the Travis County District Court Clerk on February 20, 2025, Appellant requested both the reporter and recorder's records for this case. In those letters, Appellant asked to make payment arrangements. Appellant continues to work with both the reporter and recorder to make payment for the records. Copies of the two letters— one to the reporter and one to the recorder (which is the Clerk)—are attached as Exhibit A.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN

Deputy Attorney General for Civil Litigation

KIMBERLEY GDULA
Chief - General Litigation Division

/s/*Jennifer Cook*
JENNIFER COOK
Assistant Attorney General
Texas State Bar No. 00789233
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4098
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Attorney for Appellant, The Texas Health and Human Services Commission**

2/20/2025 3:05 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-007315
Rosa Oneal



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**JENNIFER COOK**
Assistant Attorney General
General Litigation Division

PHONE: (512) 475-4098
FAX: (512) 320-0667
EMAIL: Jennifer.cook@oag.texas.gov

February 20, 2025

***Via electronic filing and email***
Jill Albracht, Court Reporter
Travis County District Courthouse
1700 Guadalupe, 10th Floor
Austin, TX 78701
jill.albracht@traviscountytx.gov

Re:     REQUEST FOR REPORTER'S RECORD
        Cause No. D-1-GN-22-007315, Texas Health and Human Services Commission
        v. Shanressa Craddock, pending in the 250th District Court in Travis County,
        Texas

Dear Ms. Albracht:

        Defendant, Texas Health and Human Services Commission, has filed its notice
of appeal in this case.

        Please prepare, file, and certify an original and one copy of the reporter's record
containing the record and arguments presented at any and all hearings for this case,
including the hearing on November 14, 2024, and all exhibits.  We would like the
record available electronically.

        In accordance with Texas Rule of Appellate Procedure 35.3(a), please notify
Defendant of the cost of preparing the record so that arrangements can be made for
prompt payment thereof.

        Thank you for your assistance.  If you have any questions or require anything
else, please contact my legal assistant, Victoria Gomez at (512) 463-2100 or by email
at victoria.gomez@oag.texas.gov.

                              Sincerely,

                              */s/ Jennifer Cook*
                              Jennifer Cook
                              Assistant Attorney General

cc:     Plaintiff's counsel—via efile

EXHIBIT
A

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Jennifer Cook
Bar No. 789233
victoria.gomez@oag.texas.gov
Envelope ID: 97612905
Filing Code Description: Request
Filing Description: REQUEST FOR REPORTER'S RECORD
Status as of 2/21/2025 1:04 PM CST

Associated Case Party: SHANRESSA  CRADDOCK

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Beyleryan | 24087164 | dbeyleryan@lonestarlegal.org | 2/20/2025 3:05:37 PM | SENT |
| Elizabeth Ewing | 24092396 | eewing@lonestarlegal.org | 2/20/2025 3:05:37 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 2/20/2025 3:05:37 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 2/20/2025 3:05:37 PM | SENT |

2/20/2025 12:48 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-007315
Rosa Oneal



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**JENNIFER COOK**
Assistant Attorney General
General Litigation Division

PHONE: (512) 475-4098
FAX: (512) 320-0667
EMAIL: Jennifer.Cook@oag.texas.gov

February 20, 2025

*__Via email and e-filing__*

Travis County Courthouse District Clerk
Travis County District Courthouse
1700 Guadalupe, 3rd Floor
Austin, TX 78701
districtclerkhelp@traviscountytx.gov

Re:     REQUEST FOR CLERK'S RECORD
        Texas Health and Human Services Commission v. Shanressa Craddock, No. D-1-GN-22-007315, in the Travis County District Court, 250th Judicial District
        Appellate Docket Number: 15-25-00010-CV

Dear Clerk:

Defendant, Texas Health and Human Services Commission, has filed its notice of appeal in this case.

Defendant is appealing this case to the Fifteenth Court of Appeals. The trial court signed an order on December 31, 2024, finding that substantial evidence does not support Defendant's administrative order and granting Plaintiff's request for relief. Defendant filed a notice of appeal on January 30, 2025, and will request the reporter's record.

Defendant requests that all pleadings, orders, notices, and other materials in the Court's record for this cause be included in the Clerk's Record, as required by Texas Rule of Appellate Procedure 34.5(a).

In accordance with Texas Rule of Appellate Procedure 35.3(a), please notify Defendant of the cost of preparing the record so that arrangements can be made for prompt payment thereof.

If you have any questions or require anything else, please contact my legal assistant, Victoria Gomez at (512) 475-4104 or by email at victoria.gomez@oag.texas.gov.

                            Very truly yours,
                            */s/ Jennifer Cook*
                            Jennifer Cook
                            Assistant Attorney General

cc:     Plaintiff's counsel—via efile

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Jennifer Cook
Bar No. 789233
victoria.gomez@oag.texas.gov
Envelope ID: 97601145
Filing Code Description: Request
Filing Description: REQUEST FOR CLERK'S RECORD LETTER
Status as of 2/21/2025 1:04 PM CST

Associated Case Party: SHANRESSA  CRADDOCK

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Beyleryan | 24087164 | dbeyleryan@lonestarlegal.org | 2/20/2025 12:48:09 PM | SENT |
| Elizabeth Ewing | 24092396 | eewing@lonestarlegal.org | 2/20/2025 12:48:09 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mason Currah | | mason.currah@oag.texas.gov | 2/20/2025 12:48:09 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 2/20/2025 12:48:09 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Jennifer Cook
Bar No. 789233
victoria.gomez@oag.texas.gov
Envelope ID: 97781345
Filing Code Description: Other Document
Filing Description: 20250225 Notice of Records Requested
Status as of 2/25/2025 3:36 PM CST

Associated Case Party: Texas Health an Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 2/25/2025 3:16:35 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 2/25/2025 3:16:35 PM | SENT |

Associated Case Party: Shanressa  Craddock

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Beyleryan | | dbeyleryan@lonestarlegal.org | 2/25/2025 3:16:35 PM | SENT |
| Elizabeth Ewing | | eewing@lonestarlegal.org | 2/25/2025 3:16:35 PM | SENT |